PROB 34
(3/07)

# Report and Order Terminating Probation

# UNITED STATES DISTRICT COURT
FOR THE

District of Guam

UNITED STATES OF AMERICA

v.

YOUNG SOO YOON

CRIMINAL CASE NO. 00-00092-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **March 27, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Wilson, AUSA
     Howard Trapp, Defense Counsel
     File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

 /s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Apr 12, 2007